# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| RURAL KING DISTRIBUTION AND MANAGEMENT, INC. and SWANSEA RURAL KING, INC., | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY and CHARTER OAK FIRE INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendants, Travelers Property Casualty Insurance Company ("Travelers Property Casualty") and The Charter Oak Fire Insurance Company ("Charter Oak") (collectively, "Travelers"), by SmithAmundsen, LLC, pursuant to 28 USC §1441, *et. seq.* and 28 U.S.C. §1332, for their Notice of Removal of the captioned suit, states as follows:

1. On August 31, 2020, a Complaint entitled *Rural King Distribution and Management, Inc. and Swansea Rural King, Inc. v. Travelers Property Casualty Insurance Company and Charter Oak Fire Insurance Company* was filed by Rural King Distribution and Management, Inc. and Swansea Rural King, Inc. ("Plaintiffs") against Travelers Property Casualty and Charter Oak in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, Case No. 20 L 0659.

2. On October 14, 2020, Plaintiffs effected service of process of the aforesaid Complaint ("Plaintiffs' Complaint") on Travelers Property Casualty and Charter Oak through the Director of the Illinois Department of Insurance. A true copy of the summons and Plaintiffs' Complaint are attached hereto as **Exhibit 1**, incorporated by reference and

comprise all process, pleadings and orders served on Travelers Property Casualty and Charter Oak in said action.

3. In the Plaintiffs' Complaint, Plaintiffs seek a judicial declaration that they qualify as additional insureds on policies of insurance issued by Travelers Property Casualty and Charter Oak and seek defense and indemnification from Travelers and Charter Oak in connection with an underlying lawsuit entitled *Katrice Mathis v. Courtney Jackson, et al.*, pending in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, Case No. 2020-L-0077 (the "*Mathis* suit").

4. In her Complaint in the *Mathis* suit ("*Mathis* Complaint"), Katrice Mathis seeks damages for injuries she allegedly sustained in a pit bull attack. Ms. Mathis alleges she sustained "the following serious injuries and damages: numerous stitches on her arms, surgery to place screws and plates in her right arm, permanent scarring, lost wages, pain and suffering and medical expenses." A copy of the *Mathis* Complaint is attached as Exhibit A to Plaintiffs' Complaint. (See, Ex. 1, Ex. A, ¶¶ 8 and 27)

5. The Plaintiffs' Complaint is between corporations that are incorporated and domiciled in different states.

6. Both Plaintiffs are corporations formed under the laws of Illinois, with their principal places of business located in Illinois.

7. Travelers Property Casualty and Charter Oak are each corporations formed under the laws of Connecticut, with their principal places of business located in Hartford, Connecticut.

8. The state court action can be properly removed pursuant to 28 U.S.C. §1332(a)(1) in that this Court has jurisdiction based on the complete diversity of

citizenship of the parties and on the fact that the amount in controversy between the parties to this action exceeds $75,000, exclusive of interest and costs. Said amount in controversy includes the damages claimed by Mathis and the Plaintiffs' costs of defense in the *Mathis* suit, including attorneys' fees and litigation-related expenses.

9. Travelers Property Casualty and Charter Oak will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois.

Wherefore, based upon the grounds for removal set forth above, Defendants Travelers Property Casualty Insurance Company and The Charter Oak Fire Insurance Company have filed this Notice of Removal, removing the instant action from the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois to this Court.

> Respectfully submitted and signed pursuant Rule 11 of the Federal Rules of Civil Procedure, this 13th day of November, 2020, Travelers Property Casualty Insurance Company and The Charter Oak Fire Insurance Company
>
> By: /s/Richard T. Valentino
> One of Their Attorneys

**CERTIFICATE OF SERVICE**

Richard T. Valentino, an attorney, certifies that he served the foregoing Notice of Removal upon counsel for Rural King Distribution and Management, Inc. and Swansea Rural King, Inc., James C. Leritz, by causing a copy of said Notice to be sent to him via email at jcleritz@leritzlaw.com on November 13, 2020.

/s/Richard T. Valentino

Richard T. Valentino, Esq. (#6188317)
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
Phone: (312) 894-3200
rvalentino@salawus.com